United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wilhelmina V. Dixon  
    Debtor

Case No. 17-10844-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Dec 20, 2017  
                      Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db             +Wilhelmina V. Dixon,    1342 Westbury Drive,    Philadelphia, PA 19151-2816
13862694      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Home Depot Credit Services,     PO Box 182676,
                Columbus, OH 43218-2676)
13862693       Commonwealth of PA,    Department of Labor and Industry,    Bureau of UC Benefits and Allowances,
                POB 67503,    Harrisburg, PA 17106-7503
13932810       Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13862697      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13862699      +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13873381      +Santander Consumer USA, Inc. Illinois Corp. d/b/a,    Chrysler Capital,    PO Box 961275,
                Fort Worth, TX 76161-0275
13862701     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court:  T-Mobile,     PO Box 742596,    Cincinnati, OH 45274)
13862702       Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:35     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:29
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:34     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13868356        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:30
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13962592        E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:36     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13862692       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 21 2017 01:44:43     Comcast,
                Comcast Center,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
13862695        E-mail/Text: cio.bncmail@irs.gov Dec 21 2017 01:42:42     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13934783        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:50:59
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13862696       +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2017 01:39:19     Navient,    PO Box 9655,
                Wilkes Barre, PA 18773-9655
13937621        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 02:01:22
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13875453       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 02:01:23
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13862698        E-mail/Text: blegal@phfa.org Dec 21 2017 01:43:37     Pennsylvania Housing FInance Agency,
                POB 15057,    Harrisburg, PA 17105-5057
13912988       +E-mail/Text: blegal@phfa.org Dec 21 2017 01:43:37     Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13930856       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:01     Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 15
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13862700*      +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Dec 20, 2017
                              Form ID: pdf900             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Wilhelmina V. Dixon Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   WILHEMINA DIXON            :   Chapter 13
                                    :
                                    :
         Debtor                     :   Bankruptcy No. 17-10844AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on December 19, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on January 23, 2018, at 11:00 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before December 29, 2017.

**Date: December 19, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA 19102

      Wilhemina Dixon
      1342 Westbury Drive
      Philadelphia, PA 19151

      William C. Miller, Esquire
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107